

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00039-CV

_____

IN THE INTEREST OF T.N.L., A CHILD, Appellant

On Appeal from the 307th District Court
Gregg County, Texas
Trial Court No. 2008-353-DR

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Our review of the clerk's record in this case indicates that it contains "sensitive data" as that phrase is defined in Rule 9.9 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.9(a)(1). Rule 9.9(b) states, "Unless the inclusion of sensitive data is specifically required by statute, court rule, or administrative regulation, an electronic or paper document containing sensitive data may not be filed with a court unless the sensitive data is redacted." TEX. R. APP. P. 9.9(b).

Therefore, because the clerk's record fails to protect sensitive data, we order the clerk of this Court or her appointee, pursuant to the inherent power of this Court, to seal the electronically filed clerk's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date: October 20, 2015

2